IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DANNY SCOTT HINKLE, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 3:15cv879-MHT (WO) |
| STEVEN SMITH (DTF), | ) ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was at the time a state prisoner, filed this lawsuit complaining that the defendant pulled down his pants and underwear during a search on the side of a road, thereby exposing plaintiff's naked genitals to the passersby. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with court orders and prosecute this action. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of August, 2018.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE